UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

In Re:                    01 MAR 16 PM 2: 21
BENJAMIN PORTO MORAZA                                    01 - 03030
MARTA CASTRO FIGUEROA RECEIVED AND FILED
            Debtor                      Case No.
_____/      Chapter 13

## NOTICE OF FILING PETITION IN BANKRUPTCY UNDER
## CHAPTER 13 AND OF AUTOMATIC STAY OF SUITS

You are hereby notified that the above named debtor(s) has filed a petition under

chapter 13 of Title 11, United States Code on    MAR 1 6 2001

Pursuant to the provisions of 11 USC 362, the filing of the petition by the above

named debtor operates as a stay of the commencement or continuation of any court or

other proceeding against debtor, of the enforcement of any judgement against him, of any

act or the commencement or continuation of any court proceeding to enforce any lien on

the property of the debtor, and of any court proceeding commenced for the purpose of

rehabilitation of the debtor or the liquidation of his estate.

You are further notified that under Bankruptcy Act, 11 USC 1301, a creditor may

not act, or commence or continue any civil action, to collect all or any part of a consumer

debt of the debtor from any individual that is liable of such debt with the debtor.

This notice is sent to you by order of the United States Bankruptcy Judge.

In San Juan, Puerto Rico, this _____ MAR 1 6 2001 _____.

Celestino Matta Méndez
Clerk, U.S. Bankruptcy Court

By: _____
            Deputy Clerk

3030-E

| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>PUERTO RICO DISTRICT OF PUERTO RICO | **Voluntary Petition** |
|---|---|---|

| NAME OF DEBTOR (if individual, enter Last, First Middle):<br>*PORTO MORAZA, BENJAMIN* | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle):<br>*CASTRO FIGUEROA, MARTA* |
|---|---|
| ALL OTHER NAMES USED BY THE DEBTOR IN THE LAST 6 YEARS<br>(include married, maiden, and trade names):<br>*NONE* | ALL OTHER NAMES USED BY THE JOINT DEBTOR IN THE LAST 6 YEARS<br>(include married, maiden, and trade names):<br>*NONE*  01-03030 |
| SOC. SEC./TAX I.D. NO. (if more than one, state all):<br>*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* | SOC. SEC./TAX I.D. NO. (if more than one, state all):<br>*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* |
| STREET ADDRESS OF DEBTOR:<br>*URB SAGRADO CORAZON*<br>*1628 SANTA EDUVIGES*<br>*SAN JUAN, PR  00926*     Ph: | STREET ADDRESS OF JOINT DEBTOR:<br>*URB SAGRADO CORAZON*<br>*1628 SANTA EDUVIGES*<br>*SAN JUAN, PR  00926* |
| COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS: | COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS: |
| MAILING ADDRESS OF DEBTOR:<br>*SAME* | MAILING ADDRESS OF JOINT DEBTOR:<br>*SAME* |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from street address above):<br>*NOT APPLICABLE* | |

## Information Regarding the Debtor (Check the Applicable Boxes)

VENUE (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| TYPE OF DEBTOR (Check all boxes that apply)<br>[X] Individual(s)        [ ] Railroad<br>[ ] Corporation         [ ] Stockbroker<br>[ ] Partnership         [ ] Commodity Broker<br>[ ] Other _____ | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH<br>THE PETITION IS FILED (Check one box)<br>[ ] Chapter 7    [ ] Chapter 11   [X] Chapter 13<br>[ ] Chapter 9    [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| NATURE OF DEBTS (Check one box)<br>[X] Consumer/Non-Business    [ ] Business | FILING FEE (Check one box)<br>[X] Full Filing Fee attached |
| CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. S101<br><br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C. S1121(e) (Optional) | [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates Only)
[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

ESTIMATED NO. OF CREDITORS:    [X] *1-15*
ESTIMATED ASSETS (thousands):  [X] *$100,001 to $500,000*
ESTIMATED DEBTS (thousands):   [X] *$100,001 to $500,000*

## Voluntary Petition

(This page must be completed and filed in every case)

NAME OF DEBTOR(S):
**BENJAMIN PORTO MORAZA** and
**MARTA CASTRO FIGUEROA**

FORM B1, Page 2

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS

| LOCATION WHERE FILED: *NONE* | CASE NUMBER: | DATE FILED: |
|---|---|---|

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR

| NAME OF DEBTOR: *NONE* | CASE NUMBER: | DATE: |
|---|---|---|
| DISTRICT: | RELATIONSHIP: | JUDGE: |

### SIGNATURES

**SIGNATURE(S) OF DEBTOR(S)** (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, U.S. Code, understand the relief available under each such chapter and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Debtor: *BENJAMIN PORTO MORAZA*

X _____
Joint Debtor: *MARTA CASTRO FIGUEROA*
Telephone No. (if In Pro Per):
Date: 3/12/01

**SIGNATURE OF ATTORNEY**

X _____
Attorney: *Jorge L. Acevedo Colon*
Bar No.: #121412
Firm Name: *Acevedo Colon-Velez Wampl*
Address: *PO BOX 4617*
          *CAROLINA, PR 00984-4617*

Telephone No: *(787) 768-0085*
Date: 3/12/01

**SIGNATURE OF DEBTOR** (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Name:
Title:
Date:

**SIGNATURE OF NON-ATTORNEY PETITION PREPARER**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. S110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Name:
Social Security Number:
Address:

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K & 10Q) with the SEC pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)
[ ] Exhibit A is attached and made a part of this petition.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

### EXHIBIT B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, U.S. Code, and have explained the relief available under each such chapter.

X _____
Attorney: *Jorge M. Acevedo Colon*
Date: 3/12/01

X _____
Signature of Preparer
Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.
11 USC S110; 18 USC S156

**UNITED STATES BANKRUPTCY COURT**
**FOR THE PUERTO RICO DISTRICT OF PUERTO RICO**

In re  *BENJAMIN PORTO MORAZA*                          Case No.
          and                                                      Chapter *13*
          *MARTA CASTRO FIGUEROA*

_____/ Debtors

Attorney for Debtor: Jorge L. Acevedo Colon

**STATEMENT Pursuant to Rule 2016(b)**

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:
1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:
    a) For legal services rendered, or to be rendered in contemplation of
       and in connection with this case . . . . . . . . . . . . . . . . . . . $ 1,500.00
    b) Prior to the filing of this Statement, Debtor(s) has paid. . . . . . . .      315.00
    c) Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . . .    1,185.00

3.  The Filing Fee *has been paid*.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the
        debtor(s) in determining whether to file a petition under Title 11, U.S.C.
    b)  Preparation and filing of the petition, schedules, statement of affairs and other
        documents required by the court.
    c)  Representation of the debtor(s) at the first meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings,
    wages and compensation for services performed, and
        *none other*.

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid
    balance remaining, if any, will be from earnings, wages and compensation for services
    performed, and *none other*.

7.  The undersigned has received no transfer, assignment or pledge of property except the
    following for the value stated:
        *None*.

8.  The undersigned has not shared or agreed to share with any other entity, other than
    with members of the undersigned's law firm, any compensation paid or to be paid except
    as follows: *None*.

Dated: *3/12/01*                                    Respectfully submitted,


                                        _____
Attorney for Petitioner: *Jorge L. Acevedo Colon*
                          *Acevedo Colón-Velez Wampl*
                          *PO BOX 4617*
                          *CAROLINA, PR 00984-4617*

## UNITED STATES BANKRUPTCY COURT
### FOR THE PUERTO RICO DISTRICT OF PUERTO RICO

In re  *BENJAMIN PORTO MORAZA*
         and                                  Case No.
     *MARTA CASTRO FIGUEROA*                   Chapter *13*

_____ / Debtors

Attorney for Debtor: Jorge L. Acevedo Colon

### SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 165,000.00 | | |
| B - Personal Property | Yes | 3 | $ 10,182.00 | | |
| C - Property Claimed As Exempt | Yes | 1 | | | |
| D - Creditor Holding Secured Claims | Yes | 1 | | $ 145,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $ 13,917.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $ 21,900.89 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 3,626.96 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,544.00 |

Total Number of sheets in ALL Schedules > 13

Total Assets > $ 175,182.00

Total Liabilities > $ 180,817.89

In re: *BENJAMIN PORTO MORAZA and*
    *MARTA CASTRO FIGUEROA*  _____ / Debtors    Case No.

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Summary and
Schedules, consisting of 1 sheets, and that they are true and correct to the best of my
knowledge, information, and belief.

Date _3/12/01_____   Signature _____
                                    *BENJAMIN PORTO MORAZA, Debtor*

Date _3/12/01_____   Signature _____
                                    *MARTA CASTRO FIGUEROA, Joint Debtor*

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.

In re: *BENJAMIN PORTO MORAZA* and
      *MARTA CASTRO FIGUEROA* _____ / Debtors    Case No.

### SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| *Res Sagr Corazon 1628 Sta Eduviges* | | J | $ 165,000 | $ 145,000 |
| | | Total | $ 165,000 | |

In re: *BENJAMIN PORTO MORAZA* and
_____*MARTA CASTRO FIGUEROA*_____ / Debtors    Case No.

### SCHEDULE B - PERSONAL PROPERTY

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| 1. Cash on hand. *$100.00* | | J | $ 100 |
| 2. Checking, savings or other financial accounts, certificates of deposits or shares in banks, savings, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. *Checking acc. Doral* | | J | $ 147 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. *Utility deposits AAA, AEE, PRT pledge to acc.* | | J | $ 350 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. *Furniture, appliances, miscelanea* | | J | $ 5,000 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. [x] NONE | | | |
| 6. Wearing apparel. *$200.* | | J | $ 200 |
| 7. Furs and jewelry. *Men watch, conyugal fingerrings, miscelanea* | | J | $ 500 |
| 8. Firearms and sports, photographic, and other hobby equipment. *S/W Pistol* | | J | $ 385 |
| 9. Interests in insurance policies. [x] NONE | | | |
| 10. Annuities. [x] NONE | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. [x] NONE | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. [x] NONE | | | |

In re: *BENJAMIN PORTO MORAZA* and
      *MARTA CASTRO FIGUEROA* _____ / Debtors   Case No.

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

13. Interests in partnerships or joint ventures.
    [x] NONE

14. Government and corporate bonds and other negotiable and non-nego-
    tiable instruments.
    [x] NONE

15. Accounts receivable.
    [x] NONE

16. Alimony, maintenance, support, and property settlements, to which
    the debtor is or may be entitled.
    [x] NONE

17. Other liquidated debts owing debtor including tax refunds.
    [x] NONE

18. Equitable and future interests, life estates, and rights of power
    exercisable for the benefit of the debtor other than those
    listed in Schedule of Real Property.
    [x] NONE

19. Contingent and non-contingent interests in estate of a decedent,
    death benefit plan, life insurance policy, or trust.
    [x] NONE

20. Other contingent and unliquidated claims of every nature, including
    tax refunds, counter claims of the debtor, and the rights to
    setoff claims.
    [x] NONE

21. Patents, copyrights, and other intellectual property.
    [x] NONE

22. Licenses, franchises, and other general intangibles.
    [x] NONE

23. Automobiles, trucks, trailers, and other vehicles and accessories.
    *Mit Galant '94*                                             J          $ 3,500

24. Boats, motors, and accessories.
    [x] NONE

Schedule B - page 2 of 3

In re: *BENJAMIN PORTO MORAZA and*
    *MARTA CASTRO FIGUEROA* _____ / Debtors    Case No.

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

25. Aircraft and accessories.
   [x] NONE

26. Office equipment, furnishings, and supplies.
   [x] NONE

27. Machinery, fixtures, equipment, and supplies used in business.
   [x] NONE

28. Inventory.
   [x] NONE

29. Animals.
   [x] NONE

30. Crops - growing or harvested.
   [x] NONE

31. Farming equipment and implements.
   [x] NONE

32. Farm supplies, chemicals, and feed.
   [x] NONE

33. Other personal property of any kind not already listed.
   [x] NONE

                                                  Total      $ 10,182

In re: *BENJAMIN PORTO MORAZA* and
_____ *MARTA CASTRO FIGUEROA* _____ / Debtors   Case No.

## SCHEDULE C - PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
[x] 11 USC 522(b)(1): Exemptions provided in 11 USC 522(d).

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property w/o Deducting Exemption |
|---|---|---|---|
| **Real Property** *Res Sagr Corazon 1628 Sta Eduviges* 11 USC 522(d)(1) | | $ 20,000 | $ 165,000 |
| **Cash on hand** *$100.00* 11 U.S.C. 522(d)(5) | | $ 100 | $ 100 |
| **Deposits of money with banks, etc** *Checking acc. Doral* 11 U.S.C. 522(d)(5) | | $ 147 | $ 147 |
| **Security deposits with public utilities, landlords, etc.** *Utility deposits AAA, AEE, PRT pledge to acc.* 11 U.S.C. 522(d)(5) | | $ 350 | $ 350 |
| **Household goods and furnishings** *Furniture, appliances, miscelanea* 11 USC 522(d)(3) | | $ 5,000 | $ 5,000 |
| **Wearing apparel** *$200.* 11 USC 522(d)(3) | | $ 200 | $ 200 |
| **Furs and jewelry** *Men watch, conyugal fingerrings, miscelanea* 11 USC 522(d)(4) | | $ 500 | $ 500 |
| **Firearms, and sports, photographic, and other hobby equipment** *S/W Pistol* 11 U.S.C. 522(d)(5) | | $ 385 | $ 385 |
| **Automobiles, trucks, trailers, etc, and accessories** *Mit Galant '94* 11 USC 522(d)(2) | | $ 3,500 | $ 3,500 |

Any exemption not used is to be applied on any assets which Petitioners have forgotten or
neglected to list, up to $16,600.00, under 11 USC 522(d)(5).

In re: *BENJAMIN PORTO MORAZA and*
     *MARTA CASTRO FIGUEROA* _____/ Debtors    Case No.

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| | Creditor Name and Address | Date, Nature of Lien, Description & Value | Claim Amount | Unsecured Portion and Notes* |
|---|---|---|---|---|
| 1. | Account No. 75138205<br>RG MORTGAGE<br>PO BOX 362394<br>SAN JUAN, PR  00936-2394 | '97<br>Mortgage<br>Res Sagr Corazon 1628 Sta Eduviges<br>Value: $ 165,000.00 | $ 145,000.00 | $ 0.00<br>*Joint Debt |

No continuation sheets attached         Subtotal:   $ 145,000.00
                                            Total:   $ 145,000.00

In re: *BENJAMIN PORTO MORAZA and*
       *MARTA CASTRO FIGUEROA* _____ / Debtors   Case No.

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### PRIORITY TYPE: Taxes and Certain Other Debts Owed to Governmental Units

| | Creditor Name and Address | Claim Date and Consideration | Claim Amount | Amount with Priority and Notes* |
|---|---|---|---|---|
| 1. | Account No. 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<br>DEPARTAMENTO DE HACIENDA<br>SECCION DE QUIEBRAS<br>PO BOX 9024140<br>SAN JUAN, PR  00902-4140 | '97-'01<br>State income taxes | $ 13,917.00 | $ 1,754.00<br>*Joint Debt |
| | SECRETARY OF JUSTICE   Representing: DEPARTAMENTO DE HACIENDA<br>PO BOX 192<br>SAN JUAN, PR  00902-0192 | | | |

Continuation sheet no. 1 of 1          Subtotal:   $ 13,917.00
                                          Total:   $ 13,917.00

In re: *BENJAMIN PORTO MORAZA* and
     *MARTA CASTRO FIGUEROA*              / Debtors     Case No.

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[ ] Debtor has no creditors holding unsecured priority claims to report on this
Schedule E.

## TYPES OF PRIORITY CLAIMS

[ ] **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs
after the commencement of the case but before the earlier of the appointment of a
trustee or the order for relief. 11 U.S.C. S507(a)(2).

[ ] **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay
owing to employees and commissions owing to qualifying independent sales
representatives up to $4300* per person earned within 90 days immediately preceding
the filing of the original petition, or the cessation of business, whichever
occurred first, to the extent provided in 11 U.S.C. S507(a)(3).

[ ] **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately
preceding the filing of the original petition, or the cessation of business, whichever
occurred first, to the extent provided in 11 U.S.C. S507(a)(4).

[ ] **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against
the debtor, as provided in 11 U.S.C. S507(a)(5).

[ ] **Deposits by individuals**
Claims of individuals up to $1950* for deposits for the purchase, lease, or rental of
property or services for personal, family, or household use, that were not delivered
or provided. 11 U.S.C. S507(a)(6).

[ ] **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or
support, to the extent provided in 11 U.S.C. S507(a)(7).

[X] **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental
units as set forth in 11 U.S.C. S507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift
Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve
System, or their predecessors or successors, to maintain the capital of an insured
depository institution. 11 U.S.C. S507(a)(9).

\* Amounts are subject to adjustment on April 1, 2001, and every three years thereafter
with respect to cases commenced on or after the date of adjustment.

1 Continuation sheet attached

In re: *BENJAMIN PORTO MORAZA* and
        *MARTA CASTRO FIGUEROA* _____ / Debtors   Case No.

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|
| 1. Account No. 5424180337719204<br>CITIBANK<br>PO BOX 8105<br>S. HACKENSACK, NJ 07606-8105 | Credit card purchases | $ 3,156.66<br>*Joint Debt |
| 2. Account No. 120438 SJ CAPESTR.<br>COMMERCIAL RECOVERY SERVICES<br>PO BOX 270043<br>SAN JUAN, PR  00927-0043 | Medical bills | $ 100.00<br>*Joint Debt |
| 3. Account No. 10051961042<br>DYMACOL<br>3070 LAWSON BLVD<br>PO BOX 9017<br>OCEANSIDE, NY 11572-9017 | Merchandise | $ 82.70<br>*Joint Debt |
| 4. Account No. TWA170B37K<br>FORD MOTOR CREDIT CORP<br>PO BOX 364189<br>SAN JUAN, PR  00936-4189 | Former auto loan<br>Vehicule repossesed | $ 4,475.56<br>*In Dispute<br>*Joint Debt |
| 5. Account No. 90330046005NDI11269<br>NORTH SHORE AGENCY, INC.<br>PO BOX 8901<br>WESTBURY, NY 11590-8901 | Merchandise | $ 17.57<br>*Joint Debt |
| 6. Account No. 02500213380080201<br>POPULAR LEASING<br>PO BOX 15011<br>SAN JUAN, PR 00902-8511 | 2/01<br>Auto lease<br>Vehicle repossed on 2/01 | Unknown<br>*Joint Debt |
| 7. Account No. 4638415016811434<br>PROVIDIAN NATIONAL BANK<br>PO BOX 660737<br>DALLAS, TX 75266-0737 | Credit card purchases<br>Visa | $ 11,554.34<br>*Joint Debt |
| 8. Account No. 9585078579191<br>SEARS<br>PO BOX 70148<br>SAN JUAN, PR 00936-8148 | Credit card purchases | $ 2,514.06<br>*Joint Debt |

No continuation sheets attached

Subtotal:  $ 21,900.89
Total:     $ 21,900.89

In re: *BENJAMIN PORTO MORAZA* and
_____*MARTA CASTRO FIGUEROA*_____ / Debtors   Case No.

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Address of Other Parties to Instrument | Notes of Contract or Lease and Debtor's Interest |
|---|---|
| POPULAR LEASING AND RENTAL<br>PO BOX 50045<br>SAN JUAN, PR 00903 | Contract type: Vehicle lease<br>Terms: $317. mo<br>Beginning date: 2/96<br>Debtor's Interest: Lessee<br>Description: Explorer '94 |

In re: *BENJAMIN PORTO MORAZA and*
        *MARTA CASTRO FIGUEROA* _____ / Debtors      Case No.

## SCHEDULE H - CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
| --- | --- |
|  |  |

[X] Debtor has no codebtors.

In re: *BENJAMIN PORTO MORAZA and*
     *MARTA CASTRO FIGUEROA* _____ / Debtors   Case No.

### SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

DEBTOR'S MARITAL STATUS: *Married*

DEPENDENTS OF DEBTOR AND SPOUSE:

| NAME | AGE | RELATIONSHIP |
|------|-----|--------------|
| Veronica | 20 | Daughter |
| Ricardo | 19 | Son |

EMPLOYMENT:

| | DEBTOR | SPOUSE |
|--|--------|--------|
| Occupation: | Employed | Employed |
| Name of Employer: | Advance Instruments, Inc | Lumis Fargo |
| How Long Employed: | 6 yrs | 7 yrs |
| Employer Address: | PO Box 29502 | PO Box 191666 |
| | San Juan, PR  00929 | San Juan, PR  00919 |

| | DEBTOR | SPOUSE |
|--|-------:|-------:|
| INCOME: | | |
| Current monthly gross wages, salary, and commissions | $ 2,750.00 | $ 793.68 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 2,750.00 | $ 793.68 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 292.88 | $ 89.44 |
| b. Insurance | $ 32.00 | $ 2.40 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other: | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 324.88 | $ 91.84 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,425.12 | $ 701.84 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | | |
| Car allowance | $ 500.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 2,925.12 | $ 701.84 |
| TOTAL COMBINED MONTHLY INCOME | $ 3,626.96 | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
    NONE

In re: *BENJAMIN PORTO MORAZA* and
_____ *MARTA CASTRO FIGUEROA* _____/ Debtors   Case No.

### SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate
household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,035.00 |
| Are real estate taxes included?   Yes___   No x | |
| Is property insurance included?   Yes___   No x | |
| Utilities: Electricity and heating fuel | $ 110.00 |
|       Water and sewer | $ 50.00 |
|       Telephone | $ 90.00 |
|       Other | $ 0.00 |
| Home maintenance (repairs and upkeep) | $ 0.00 |
| Food | $ 500.00 |
| Clothing | $ 175.00 |
| Laundry and Dry cleaning | $ 25.00 |
| Medical and Dental expenses | $ 40.00 |
| Transportation (not including car payments) | $ 335.00 |
| Recreation, clubs, and entertainment, newspaper, magazines, etc. | $ 50.00 |
| Charitable contributions | $ 15.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|       Homeowner's or renter's | $ 0.00 |
|       Life | $ 0.00 |
|       Health | $ 0.00 |
|       Auto | $ 225.00 |
|       Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgages) | $ 0.00 |
| Installment payments:(Do not list payments to be included in the plan) | |
|       Auto | $ 0.00 |
|       Other Popular Leasing, auto lease | $ 317.00 |
|          Santander, auto lease | $ 376.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm | |
| (attach detailed statement) | $ 0.00 |
| Other Miscelanea | $ 50.00 |
|       College tuition | $ 150.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 3,543.00 |

FOR CHAPTER 12 AND 13 DEBTORS ONLY

| | |
|---|---:|
| A. Total projected monthly income | $ 3,626.96 |
| B. Total projected monthly expenses | $ 3,543.00 |
| C. Excess income (A minus B) | $ 83.96 |
| D. Total amount to be paid into plan Monthly | $ 85.00 |

Form 7 (9/00)  West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re *BENJAMIN PORTO MORAZA*
   *and*
   *CASTRO—FIGUEROA, MARTA*

Case No.
Chapter  *13*

_____/ Debtor

### STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

    Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

    "In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

    "Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporatea debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

**1. Income from employment or operation of business.**

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter  13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| Year to date: $4,908.24 | *husband's wages* |
| Last Year:. $33,849.51 | |
| Year before:.$33,480.00 | |
| | |
| Year to date: $1,984.00 apr | *wife's wages* |
| Last Year:  $13,198.68 | |
| Year before:  $4,575.00 | |

**2. Income other than from employment or operation of business.**

    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

Form 7 (9/00)  West Group, Rochester, NY

### 3. Payments to creditors.

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 4. Suits and administrative proceedings, executions, garnishments and attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 6. Assignments and receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 9. Payments related to debt counseling or bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee:Jorge L Acevedo Colon Address:PO Box 4617, Carolina, PR 00984 | Date of Payment: 03/12/2001 Payor: Benjamin Porto Moraza | $315.00 |

## 10. Other transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 11. Closed financial accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

## 12. Safe deposit boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 14. Property held for another person.

List all property owned by another person that the debtor holds or controls.

☒ NONE

## 15. Prior address of debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

Form 7 (9/00)  West Group, Rochester, NY

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardoes material, pollutant, or contaminant or similar term under and Environemntal Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceding, and the docket number.

☒ NONE

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or moreof the voting or equity securities, within the six years immediately preceding the commencment of this case.

☒ NONE

b. Identify any business listed in response to subdivion a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements.

a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

☒ NONE

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒ NONE

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

☒ NONE

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

☒ NONE

## 20. Inventories.

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

☒ NONE

## 21. Current Partners, Officers, Directors and Shareholders.

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒ NONE

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

☒ NONE

## 22. Former partners, officers, directors and shareholders.

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☒ NONE

Form 7 (9/00)  West Group, Rochester, NY

b. If the debtor is a corporation. list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

☒ NONE

## 23. Withdrawals from a partnership or distribution by a corporation.

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

☒ NONE

## 24. Tax Consolidation Group.

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six year periodimmediately preceeding the commencement of the case.

☒ NONE

## 25. Pension Funds.

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six year period immediately preceding the commencement of the case.

☒ NONE

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date  3/12/01          Signature _____
                                 BENJAMIN PORTO MORAZA

Date  3/12/01          Signature _____
                                 CASTRO-FIGUEROA, MARTA

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

**UNITED STATES BANKRUPTCY COURT
FOR THE PUERTO RICO DISTRICT OF PUERTO RICO**

In re  *BENJAMIN PORTO MORAZA*                              Case No.
            and                                                            Chapter *13*
         *MARTA CASTRO FIGUEROA*
_____/ Debtors
Attorney for Debtor: Jorge L. Acevedo Colon

### CHAPTER 13 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - JOINT DEBTS

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

a. Property to be Surrendered

Description of Property            Creditor's Name

        NONE


b. Property to be Retained

Description of Property            Creditor's Name            Intention

Res Sagr Corazon 1628 Sta Eduviges  RG MORTGAGE            Exempt & Redeem 722**

**722: Property is claimed as exempt and will be redeemed pursuant to Sec. 722


                                    **Signature of Debtor(s)**


_____        _____
Debtor: *BENJAMIN PORTO MORAZA*            Joint Debtor: *MARTA CASTRO FIGUEROA*

Date: *3/12/01*

BENJAMIN PORTO MORAZA
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


CITIBANK
PO BOX 8105
S. HACKENSACK, NJ 07606-8105

01-03030

COMMERCIAL RECOVERY SERVICES
PO BOX 270043
SAN JUAN, PR  00927-0043


DEPARTAMENTO DE HACIENDA
SECCION DE QUIEBRAS
PO BOX 9024140
SAN JUAN, PR  00902-4140


DYMACOL
3070 LAWSON BLVD
PO BOX 9017
OCEANSIDE, NY 11572-9017


FORD MOTOR CREDIT CORP
PO BOX 364189
SAN JUAN, PR  00936-4189


NORTH SHORE AGENCY, INC.
PO BOX 8901
WESTBURY, NY 11590-8901


POPULAR LEASING
PO BOX 15011
SAN JUAN, PR 00902-8511


PROVIDIAN NATIONAL BANK
PO BOX 660737
DALLAS, TX 75266-0737

RG MORTGAGE
PO BOX 362394
SAN JUAN, PR  00936-2394

SEARS
PO BOX 70148
SAN JUAN, PR 00936-8148

SECRETARY OF JUSTICE
PO BOX 192
SAN JUAN, PR  00902-0192

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

01-03030

IN THE MATTER OF:

*Benjamín Porto Moraza*
*Melita Castro Figueroa*

CASE NUMBER_____

CHAPTER 13

DEBTOR

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

### NOTICE TO DEBTOR OF FILING A PETITION IN BANKRUPTCY UNDER CHAPTER 13

Upon the filing of the instant petition, the items checked were not submitted to the Court:

**[ ] Signature** (Upon filing)

**[ ] Master address list** (Upon filing)

**[ ] Master address list in Diskette** (Upon filing)

**[ ] List of creditors** (Upon filing)

**[ ] Social Security Number and/or Employer ID Number** (Upon filing)

**[ ] Statement disclosing compensation paid or to be paid to the attorney for the debtor**
(Must be submitted upon filing or within 15 days or any other date set by the Court. 11 U.S.C.§329 and Rule 2016 (b), Fed.R Bankr.P.

**[ ] Chapter 13 Plan** (Must be submitted with the petition or within 15 days) Rule 3015, Fed. R. Bankr.P.

**[ ] Schedules**  (Must be submitted with the petition or within 15 days)

**[ ] Statement of financial affairs** (Official Form 7)
(Must be submitted with the petition or within 15 days . Rule 1007 (b) & (c)

You are hereby notified that upon failure to file any of the above indicated documents within the prescribed period of time specified herein, the Court may enter an order of dismissal without further notice or hearing.

In San Juan, Puerto Rico, this _____MAR 1 6 2001_____.

BY ORDER OF THIS COURT
CELESTINO MATTA-MENDEZ

By:_____

Deputy Clerk