UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: Benjamin Porto Moraz
Marta Castro Figueroa
DEBTOR(S)

01 MAR 16 PM 2:26

BK. CASE # 01-03030
CHAPTER 13

RECEIVED AND FILED

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 3-12-01
☑ PRE ☐ POST-CONFIRMATION

AMENDED PLAN DATED: ____
FILED BY ☐ DEBTOR ☐ TRUSTEE ☐ OTHER

### I. PAYMENT PLAN SCHEDULE

$ 83 x 6 = 498.
$ 400 x 30 = 12,000.
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
TOTAL = 12,498

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from
☐ Sale of property identified as follows:
_____
_____

☐ Other: _____
_____

Periodic Payments to be made other than, and in addition to the above.
$ ___ x ___ = ___

PROPOSED BASE: $ ___

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)
a. Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 1185.—
b. Additional Fees: $ ___
c. Adjusted Balance: $ ___

Signed: [signature]
DEBTOR
[signature]
JOINT DEBTOR

ACEVEDO COLON & VELEZ WAMPL
PO BOX 4617
CAROLINA, PR 00984-4617
(Tel) 768-0085, (Fax) 769-5265
http://www.quiebras.com acvw@quiebras.com

ATTORNEY FOR DEBTOR: [signature]

### II DISBURSEMENT SCHEDULE

A. PRIORITIES. The Trustee shall pay priorities in accordance with the law. (11 U.S.C. § 507)

B. SECURED CLAIMS.
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. RG Mtg.      Cr. ___      Cr. ___
# ___            # ___        # ___
$ 7,244.70       $ ___        $ ___

2. ☐ Trustee pays IN FULL Secured Claims
Cr. ___          Cr. ___      Cr. ___
# ___            # ___        # ___

3. ☐ Trustee pays VALUE OF COLLATERAL
Cr. ___          Cr. ___      Cr. ___
# ___            # ___        # ___
$ ___            $ ___        $ ___

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ OTHER: _____

6. ☑ Debtor Otherwise maintains regular payments directly to:
RG Mtg., Popular Leasing

C. UNSECURED CLAIMS. Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___          Cr. ___      Cr. ___
# ___            # ___        # ___
(b) ☐ Other: ___

2. ☐ Unsecured Claims otherwise receive PRO-RATA disbursements at a rate of ___ % if all creditors file claims as scheduled.

D. OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)
Executory contract with Popular Leasing
acc #02500213580016849 is assumed.

Phone: ___

3/27/01