UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CASHIER 2

In Re:
BENJAMIN PORTOMORAZA
MARTA CASTRO FIGUEROA
Debtors

2001 APR 26 AM 9:33

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF
PUERTO RICO

Case No. 01-03030GAC
Chapter 13

## MOTION TO AMEND SCHEDULE G

Comes Debtor through the undersigned attorney and respectfully alleges and prays as follows:

1. By error and inadvertence the debtor's schedule G failed to include debtor's executory contract with Banco Santander, for a 72 months auto lease, dated 2/19/01.

2. Debtor is filing a motion to assume this executory contract together with this amended schedule G.

WHEREFORE debtor respectfully request this motion be granted and accordingly the attached amended schedule G be considered amended for the inclusion of the aforementioned executory contract.

I certify a copy of this motion was sent to Trustee Ramón López, through trustee's office box and to Banco Santander, PO Box 194439, San Juan, PR 00919-4439. In Carolina, Puerto Rico, this ___ day of April, 2001.

ACEVEDO-COLON & VELEZ-WAMPL
Attorneys for debtor(s)
PO Box 4617
Carolina, PR 00984-4617
768-0085, 769-5265(FAX)

By: JORGE L. ACEVEDO COLON (121412)

Debtor's Verification

We debtors herein, under penalty of perjury, declare that the content of this motion is true and correct to the best of our knowledge, information and belief.

Debtors:

In re: BENJAMIN PORTO MORAZA and
MARTA CASTRO FIGUEROA _____ / Debtors   Case No.

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Amended*

| Name and Address of Other Parties to Instrument | Notes of Contract or Lease and Debtor's Interest |
|---|---|
| BANCO SANTANDER<br>PO BOX 194439<br>SAN JUAN, PR  00919-4439 | Contract type: Vehicle lease<br>Terms: $376.00<br>Beginning date: 2/19/01<br>Debtor's Interest: Lessee<br>Description: Dodge Durango '01 |
| POPULAR LEASING AND RENTAL<br>PO BOX 50045<br>SAN JUAN, PR 00903 | Contract type: Vehicle lease<br>Terms: $317. mo<br>Beginning date: 2/96<br>Debtor's Interest: Lessee<br>Description: Explorer '94 |